

(Del. Rev. 12/98)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Maurice Johnson

07 - 6 5 7

(Name of Plaintiff or Plaintiffs)

07 - 6 ̄ 7

v.                                    CIVIL ACTION No. _____

Fluor Industrial Services, Inc.

2007 OCT 19 PM 3: 14

(Name of Defendant or Defendants)

### COMPLAINT UNDER TITLE VII

### OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for

**employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also

sought under 42 U.S.C. §2000e-5(g).

2.      Plaintiff resides at 2102 N. Spruce Street
                                          (Street Address)

Wilmington, New Castle      DE      19802
(City)        (County)      (State)      (Zip Code)

(302) 750-0748
(Area Code) (Phone Number)

3.      Defendant resides at, or its business is located at 6700 Las Colinas Blvd.
                                                                  (Street Address)

Irving                      Tx      75039
(City)        (County)      (State)      (Zip Code)

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application to

he employed at, defendant's Fluor Industrial Services, Inc.      place of bussiness
                              (Defendant's Name)

located at DuPont- 104 Hay Road
          (Street Address)

Edgemoor      New Castle      DE      19809
(City)        (County)      (State)      (Zip Code)

5.    The alleged discriminatory acts occurred on ___2___ , _May_ , _2007_ .
                                                      (Day)    (Month)    (Year)

6.    The alleged discriminatory practice ☒ is  ☒ is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware,

_Dept of Labor_  _Division of Industrial Affairs - Discrimination Program_
   (Agency)         (Street Address)        (City)

_New Castle_    _DE_       _19802_ _____ , regarding
  (County)      (State)      (Zip Code)

defendant's alleged discriminatory conduct on ___2___ , _May_ , _2007_ .
                                                 (Day)   (Month)   (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States

regarding defendant's alleged discriminatory conduct on: ___11___ , _June_ , _2007_ .
                                                           (Day)     (Month)    (Year)

9.    The Equal Employment Opportunity Commission issued the attached <u>Notice-of-Right-to-Sue</u> letter

which was received by plaintiff on: ___20___ , _July_ , _2007_ .
                                     (Day)     (Month)    (Year)

<u>*(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)*</u>

10.    The alleged discriminatory acts, in this suit, concern:

   A.    ○  Failure to employ plaintiff.

   B.    ☒  Termination of plaintiff's employment.

   C.    ☒  Failure to promote plaintiff.

   D.    ☒  Other acts (please specify below)

_Unequal Treatment during work_

_Racial Slurs_

_Inhibiting getting alternate employment_

11.   Defendant's conduct is discriminatory with respect to the following:

A.   ☒  Plaintiff's race

B.   ◯  Plaintiff's color

C.   ◯  Plaintiff's sex

D.   ◯  Plaintiff's religion

E.   ◯  Plaintiff's national origin

12.   A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.   If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.   Plaintiff's has no adequate remedy at law to redress the wrongs described above.

**THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))**

A.   ◯  That all fees, cost or security attendant to this litigation be hereby waived.

B.   ◯  That the Court appoint legal counsel.

C.   ☒  That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____10/19/2007_____

_____Maurice Johnson_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM**

Maurice Johnson                                          Case No. 07060332W
1029 Lombard Street
Wilmington, DE 19801

vs.

FLUOR INDUSTRIAL SERVICES, INC
C/O Dupont 104 Hay Road,
Psp Trailer,
Edgemoor, DE 19809

**FINAL DETERMINATION AND RIGHT TO SUE NOTICE**

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

***Administrative Dismissal with Corresponding Right to Sue Notice.***

In this case, the Department has determined that there is no further benefit which can be provided to the parties under the administrative process. The Department hereby issues this Administrative Dismissal to signal the end of the administrative process without a specific finding. This Administrative Dismissal also provides the Charging Party with a Delaware Right to Sue Notice.

This administrative dismissal is based upon 19 Del. C. § 712 (c) (5) which states: "End of administrative process. In all cases where the Department has dismissed the Charge, issued a No Cause Determination or upon the parties failed conciliation efforts, the Department shall issue a Delaware Right to Sue Notice, acknowledging the Department's termination of the administrative process. Once the Department has issued its preliminary findings pursuant to subsection (2), the Department, in its discretion, may grant a Delaware Right to Sue Notice to a Charging Party."

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program. You may have additional rights under federal laws.

7/20/07
_____
Date issued

_____
Julie Klein Cutler, Administrator

Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802

17C_DDOL_C-12-A Admin Dismiss.DOC: 3/06

## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

**§ 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.**

(a)    A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)    The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)    The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

## NOTICE OF FEDERAL RIGHTS

1.    If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.    If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3.    Requests to the EEOC should be sent to:

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA | |
| | [X] EEOC | 17C-2006-00698 |

| Delaware Department of Labor | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Maurice Johnson** | Home Phone (Incl. Area Code)<br>**(302) 750-0748** | Date of Birth<br>**08-18-1960** |
|---|---|---|

| Street Address<br>**1029 Lombard Street, Wilmington, DE 19801** | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**FLOUR INDUSTRIAL SERVICES, INC** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>**(303) 761-2405** |
|---|---|---|

| Street Address<br>**Dupont Plant Edgemoore, Edgemoor, DE 19809** | City, State and ZIP Code |
|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | Earliest **01-01-2006**  Latest **01-01-2006** |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.) | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Jurisdiction:** Charging Party was employed at Respondent's Delaware facility as a Supervisor at DuPont Edgemore Plant In Claymont DE he was discharged on 5/2/07.

**Charging Party's protected class:** Race ( Black)

**Adverse employment action:** Discharge

**Brief statement of allegations:** Charging Party alleges that based on race he was discriminated against when he was discharged by the Respondent. Specifically, Charging Party alleges that Respondent falsely promoted him to show racial balance but once promoted Charging Party states that the Respondent took every opportunity to allow workers under his supervision to undermine his authority. Charging Party alleges that the Respondent created unfair circumstance that made it difficult for him to succeed and advantageous for Respondent to discharge him. Charging Party states that based on race he was discouraged and disallowed to discipline his subordinate employees the same as his other similarly situated co-workers.

**Respondent's explanation:** None given

**Applicable law(s):** Title VII of the Civil Rights Act of 1964, Delaware Discrimination Employment Act

**Comparators(s) or other specific reason(s) for alleging discrimination:** Charging Party alleges that based on race he was discriminated against when he was discharged. Charging Party states that in an effort to discharge him he was given the least desirable workers and worst equipment. Ultimately, as a result he was discharged by the Respondent. Further, Charging Party states that he overheard his supervisor Dale Ford talking to Site Manager Tal Smith. Charging Party states that Ford was explaining to Smith that there was a need to "due something about Johnson" "he is going to get us in trouble" Ironically; Charging Party states that after Respondent scrutinized his work he was discharged the next working day.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 11, 2007          *Maurice Johnson*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

0 7 - 6 5 7

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Maurice Johnson
2102 N. Spruce St. Wilmington, DE 19802

**DEFENDANTS** Flour Industrial Services Inc.
6700 Las Colinas Blvd.
Irving, TX 75039

**(b)** County of Residence of First Listed Plaintiff    New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                                      and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 | Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC Sec 2000

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 10/19/07

SIGNATURE OF ATTORNEY OF RECORD   Maurice Johnson

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 6 5 7 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____ 2 ____ COPIES OF AO FORM 85.

_____ 10/19/07 _____          X _Maurice Johnson_
(Date forms issued)          (Signature of Party or their Representative)

_K Maurice Johnson_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action