IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-657-SLR ) |
| FLOUR INDUSTRIAL SERVICES INC., | ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 2nd day of November, 2007,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge