OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 4, 2008

TO:

**Maurice Johnson**
2102 N. Spruce St.
Wilmington, DE 19802

    **RE: UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED
        CIV. NO.** 07-657 SLR

Dear Mr. Johnson:

    Please be advised that this office has received United States Marshal 285 forms for defendant Fluor Industrial Services Inc. However, the form is incomplete.

    Please sign and return the enclosed United States Marshal 285 form. Upon receipt of the form(s), your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                          Sincerely,

/rwc                         PETER T. DALLEO
                            CLERK

cc: The Honorable Sue L. Robinson

enc.