IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MAURICE JOHNSON, )
)
       Plaintiff, )
)
v. ) Civ. Action No. 07-657-SLR
)
FLOUR INDUSTRIAL SERVICES, )
INC., )
)
       Defendant. )

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983

without prepayment of the filing fee;

WHEREAS, on November 29, 2007, the court entered an order requiring plaintiff

to complete and return USM-285 forms for defendant, informing plaintiff that the United

States Marshal would not serve the complaint until the USM-285 form was received by

the Clerk of the Court, and that failure to provide the USM-285 form within 120 days

from the date of the order may result in the complaint being dismissed or defendant

being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 5);

WHEREAS, on April 3, 2008, plaintiff submitted an incomplete USM-285 form for

defendant and was advised by the Clerk of the Court that the form was incomplete and

to submit a new USM-285 form.

WHEREAS, to date, plaintiff has not submitted a complete USM-285 form;

THEREFORE, at Wilmington this _19th_ day of May, 2008, IT IS HEREBY

ORDERED that plaintiff's shall submit a complete USM-285 form for defendant by **June 16, 2008** or the case will be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE