IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON,<br><br>                 Plaintiff,<br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC.,<br><br>                 Defendant. | Civil Action No. 07-cv-657 (SLR) |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Fluor Industrial Services, Inc. ("Fluor" or "Defendant"), by and through undersigned counsel, hereby provides the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

    1.    Defendant's parent company is Fluor Enterprises, Inc. Fluor Enterprises, Inc. is a wholly-owned subsidiary of Fluor Corporation, which is a publicly traded company.

Respectfully submitted,

Dated: August 13, 2008          BLANK ROME LLP

*/s/ Dale R. Dubé*
_____
DALE R. DUBE (I.D. NO. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
Telephone:   302.425.6467
Facsimile     302.425.6464
dube@blankrome.com

Attorneys for Defendant
Fluor Industrial Services, Inc.

OF COUNSEL:
Anthony B. Haller, Esquire
Michael J. Eagles, Esquire
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: 215-569-5741

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 13, 2008, a true and correct copy of **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was served, by certified United States Mail, return receipt requested, as follows:

> Maurice Johnson, *Pro Se*
> 2101 N. Spruce Street
> Wilmington, Delaware 19802

In addition, a copy of the foregoing has been electronically filed and is available for download from the Court's CM/ECF System.

*/s/ Dale R. Dubé*
_____
Dale R. Dube (I.D. No. 2863)