IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-657 (SLR) |
| ) | |
| FLUOR INDUSTRIAL SERVICES, INC, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Anthony B. Haller, Esquire, to represent Defendant Fluor Industrial Services, Inc. in the above matter.

*[signature: Dale R. Dube]*

Dale R. Dube (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6467
302-428-5108
Dube@BlankRome.com

Dated: August 20, 2008                Attorneys for Fluor Industrial Services, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted on this ____ day of _____, 2008.

_____
United States District Judge

121439.00203/40176189v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2008, I served by certified mail the foregoing **MOTION AND ORDER FOR PRO HAC VICE ADMISSION** to the following:

Mr. Maurice Johnson
2102 N. Spruce Street
Wilmington, DE 19802

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON, | Civil Action No. 07-cv-657 (SLR) |
| Plaintiff, | |
| v. | |
| FLUOR INDUSTRIAL SERVICES, INC., | |
| Defendant. | |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Signed: _____      Dated: 8/15/08

Anthony B. Haller, Esquire
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: 215-569-5690

121439.00203/21713552v.1