IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-657 (SLR) |
| | ) |
| FLUOR INDUSTRIAL SERVICES, INC, | ) |
| | ) |
| Defendant. | ) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2008, I served by certified mail the ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT FLUOR INDUSTRIAL SERVICES, INC. and DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT to the following:

Mr. Maurice Johnson
2102 N. Spruce Street
Wilmington, DE 19802

_____
Dale R. Dubé (I.D. No. 2863)