**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



September 4, 2008

Mr. Maurice Johnson
2102 N. Spruce Street
Wilmington, DE 19802

Dale R. Dube, Esquire
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

Re: Maurice Johnson v. Fluor Industrial Services; Civ. No.07-657-SLR

Dear Mr. Johnson and Ms. Dube:

      Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **October 4, 2008**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

                                                    Cordially,

                                                    Sue L. Robinson

SLR/nmf
Enclosure
cc: Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-657-SLR |
| | ) |
| FLUOR INDUSTRIAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this      day of September, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **November 4, 2008.**

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **March 4, 2009** .

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and opening briefs and affidavits, if any, in support of the motions, shall be served and filed on or before **April 6, 2009.** Answering briefs and affidavits, if any, shall be filed on or

before **April 20, 2009.**  Reply briefs shall be filed on or before **April 27, 2009.**

_____
United States District Judge